PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-po-00168-CDB |
| Plaintiff, | [Citation #E1574563, CA10] |
| v. | |
| FERNANDO PRECIADO, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00168-CDB [Citation #E1574563, CA10] against FERNANDO PRECIADO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 28, 2024          Respectfully submitted,

                             PHILLIP A. TALBERT
                             United States Attorney

                       By:   /s/ *Chan Hee Chu*
                             CHAN HEE CHU
                             Assistant United States Attorney

1

USA v. Preciado
Case No. 5:24-po-00168-CDB

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Fed. R. Crim P. 48(a), that Case No. 5:24-po-00168-CDB [Citation #E1574563, CA10] against FERNANDO PRECIADO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 29, 2024**                                    _____
                                                                                     UNITED STATES MAGISTRATE JUDGE